No. _____ CR 07 00506 RMW  RS

SEALED BY ORDER
OF THE COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 AUG -2 A 8: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

THE UNITED STATES OF AMERICA

vs.

**ROBERT VILLARREAL and
DAVID RAY HERNANDEZ a/k/a "SHAGGY"**

---

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute of Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

---

*A true bill.*

_____
Foreperson

---

Filed in open court this \_\_\_1\_\_\_ day of Aug 2007

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ NO BAIL WARRANT
RS

DOCUMENT NO. 1

```
1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
```

FILED

2007 AUG -2 A 8: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT VILLARREAL and ) <br> DAVID RAY HERNANDEZ, ) <br> a/k/a "SHAGGY", ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 07 00506 RMW <br><br> VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine <br> 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine <br><br> SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about March 30, 2006, and continuing through and including March 31, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
DAVID RAY HERNANDEZ,
a/k/a "SHAGGY",

INDICTMENT

1  did knowingly and intentionally conspire with other persons known and unknown to the Grand
2  Jury to distribute a controlled substance, to wit, 5 grams and more of methamphetamine,
3  its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections
4  846 and 841(b)(1)(B)(viii).
5  <u>COUNT TWO:</u>  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
6        On or about March 31, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
DAVID RAY HERNANDEZ,
a/k/a "SHAGGY",

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: 8/1/07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
                  AUSA O'Connell

INDICTMENT         2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

**OFFENSE CHARGED**

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

ORIGINAL FILED
07 AUG -2 AM 8:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

**PENALTY:** SEE ATTACHMENT TO PENALTY SHEET

**DEFENDANT - U.S.**

▶ ROBERT VILLARREAL

**DISTRICT COURT NUMBER**

CR 07 00506 RMW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **THOMAS M. O'CONNELL**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLARREAL and
STEVEN COTA a/k/a "ROOSTER"

**ATTACHMENT TO PENALTY SHEET**

Count One:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

Count Two:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

AO 257 (Rev. 2/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

*Name of District Court, and/or Judge/Magistrate Location*
**NORTHERN DISTRICT OF CALIFORNIA**

---

**OFFENSE CHARGED**

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

*FILED*
2007 AUG -2 A 8:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR

**DEFENDANT - U.S.**

▶ DAVID RAY HERNANDEZ a/k/a "SHAGGY"

**DISTRICT COURT NUMBER**

07  00506  JW

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____
Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO. _____

} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   THOMAS M. O'CONNELL

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLARREAL and
STEVEN COTA a/k/a "ROOSTER"

## ATTACHMENT TO PENALTY SHEET

<u>Count One</u>:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment


<u>Count Two</u>:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1