# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00506 RMW

**TITLE:** UNITED STATES OF AMERICA  -V- ROBERT VILLARREAL

     **APPEARANCES:**    Present, in custody
     **INTERPRETER:**
     PROBATION:

**PLTF:** AUSA: T. O'CONNELL    **DEFT:** THOMAS FERRITO

**COURT ACTION: STATUS HEARING**

**Hearing Held.    Status Hearing Continued to 9/24/07 at 9:00 a.m.  Time Excluded from 8/27/07 through 9/24/07 for effective defense preparation.  Government to prepare order.**

     /s/ Corinne Lew
     **Corinne Lew**
     **Courtroom Deputy**