UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00506 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| VILLAREAL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the Related Case Order recently filed a Status/Trial Setting Hearing has been set before Hon. James Ware for **September 24, 2007 at 1:30 PM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy